1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES SWON,

11              Petitioner,                No. 2:11-cv-0218 KJN P

12       vs.

13   JERRY BROWN,

14              Respondent.                ORDER

15   _____/

16              Petitioner, a state prisoner proceeding without counsel, has filed an application for

17   a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in

18   forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a);

19   1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate

20   affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

21              In accordance with the above, IT IS HEREBY ORDERED that:

22              1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   ////

26   ////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2    pauperis form used by this district.

3    DATED:  February 2, 2011

4

5                                              _____
                                               KENDALL J. NEWMAN
6                                              UNITED STATES MAGISTRATE JUDGE

7    swon0218.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26