IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SWON,

    Petitioner,    No. 2:11-cv-0218 KJN P

  vs.

JERRY BROWN,

    Respondent.    <u>ORDER</u>

_____/

Petitioner has consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). By order filed March 9, 2011, petitioner's application was dismissed and thirty days leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 20, 2011

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/swon0218.dsm